# JOANNE M. DWYER
Attorney at Law
225 Broadway, 41ST Floor
New York, New York 10007

Telephone (212) 233-0591                                                              Fax (212) 732-8167
Cellular (917) 992-1421

January 12, 2018

By ECF

The Hon. Paul G. Gardephe, U.S.D.J.
United States District Court, SDNY
40 Foley Square, Room 2204
New York, New York 10007

Re:  **Kim Ayala v. The City of New York, et al. 17 CV7526(PGG)(KNF)**

Your Honor:

I represent the plaintiff, Kim Ayala in the above-referenced matter. With the consent of counsel for the defendants, I am writing to request an enlargement of time of approximately thirty days, to February 25, 2018 or another date convenient to the Court with respect to the initial case management conference currently scheduled for January 18, 2018 at 11:00 a.m.

I regret the delay in requesting this extension due to family hospital emergencies. I advised counsel that I am further investigating issues that may be determinative of the case and we intend to confer again on January 23, 2018.

If the case will move forward, we will submit the joint letter and jointly proposed Case Management Plan in accordance with the Court's prior Order.

Thank you for your consideration of this request.

Very truly yours,

s/

Joanne M. Dwyer (JD-9852)
Attorney for Plaintiff