```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KIM AYALA,

                         Plaintiff,

-against-

THE CITY OF NEW YORK and NEW YORK CITY
POLICE OFFICER BENJAMIN FUNG, Shield No. 6714,
In his individual capacity,

                         Defendants.
-------------------------------------------------------------------X

17-CV-7526 (PGG)(KNF)

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

      PLEASE TAKE NOTICE that the Plaintiff KIM AYALA ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure files this voluntary dismissal with prejudice and hereby dismisses all causes of action in the complaint as to all Defendants.

      This Plaintiff has not previously dismissed any state or federal court action based on or including the same claim against the Defendants.

      Defendants have not answered or made a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                    Respectfully submitted,

                                    _____s/_____
                                    JOANNE M. DWYER (JD9842)
                                    *Attorney for the Plaintiff*
                                    225 Broadway, 41st Floor
                                    New York, New York 10007
                                    joannedwyer@aol.com
                                    (212) 233-0591

Dated: February 12, 2018

To: J. Carolina Chavez, Senior Counsel
     New York City Law Department
     Attorney for the Defendant City of New York
     100 Church Street
     New York, New York 10007
     jchavez@law.nyc.gov
     (212) 356-2384

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Feb. 13, 2018

1